IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTOR WALTHOUR, SR., | : | CIVIL ACTION |
| Plaintiff, | : | NO. 11-1690 |
| v. | : | |
| JUDGE JOHN HERRON, | : | |
| Defendant. | : | |

# **ORDER**

AND NOW, this 7th day of April 2011, upon consideration Plaintiff's Complaint (Doc. No. 1), Defendant's Motion to Dismiss and supporting Memorandum of Law (Doc. No. 4), and Plaintiff's response thereto (Doc. No. 5), it is ORDERED that Defendant's Motion to Dismiss (Doc. No. 4) is GRANTED, this case is DISMISSED, and all pending motions are DENIED AS MOOT.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.